1834.

PALMER
*v.*
VAN DOREN.

PALMER *v.* VAN DOREN.

On an ordinary judgment creditor's bill, where an answer denies property and no proof is had to shew any, a *ne exeat* cannot be had.

October 19,
1834.

*Ne exeat.*

A judgment creditor's bill; and the answer denied property. Upon petition, the complainant asked for a writ of *ne exeat.*

Mr. *D. Graham, Jr.* for the complainant.

Mr. *D. E. Wheeler,* for the defendant.

THE VICE-CHANCELLOR :—In order to warrant the issuing of a writ of *ne exeat republica,* it must not only appear that the defendant is about to depart the state, but the court is to be satisfied there is a subsisting equitable demand for which the suit is instituted : *Mitchell* v. *Bunch,* 2 Paige's C. R. 617, 618, 619.

Here, there is a legal demand : a judgment at law, which

VOL. II. 54

is sought to be enforced against concealed property or such as could not be taken on execution—as choses in action. To render it an equitable demand or such as this court has jurisdiction of, it must appear that a defendant has equitable interests and things in action exceeding one hundred dollars. This is alleged by the present complainant: but it is positively denied; and there is no evidence before me to rebut this denial. The complainant, therefore, cannot have the writ, which is granted only where it appears that the complainant has an equitable demand or some ground for sustaining his bill in this court and not where his debt or demand is entirely at law.

Motion denied.